**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| Jayme Hall, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> NCO Financial Systems, Inc., Kristin Cura, and Lucy Decker, <br><br> Defendants. | **Civil File No. 10-cv-1949 JNE/FLN** <br><br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF HER COMPLAINT AGAINST THE DEFENDANTS** |

The plaintiff, Jayme Hall, voluntarily dismisses her complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated:  September 24, 2010

By:   *s/ Michael G. Phillips*
Michael G. Phillips
MN Attorney I.D. No. 0290105
**PHILLIPS LAW, PLLC**
412 South Fourth Street, Suite 1155
Minneapolis, MN 55415
Telephone: (612) 677-8345
Facsimile: (612) 344-1579
mike@phillipslawmn.com

**ATTORNEY FOR THE PLAINTIFF**